**No. 10-8023. Jaime A. Mares, Petitioner v. Mike McDonald, Warden.**

562 U.S. 1232, 131 S. Ct. 1499, 179 L. Ed. 2d 327, 2011 U.S. LEXIS 1582.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 389 Fed. Appx. 738.